UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY ADAM FIFFIE | CIVIL ACTION |
| VERSUS | NO. 12-58 |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION | SECTION "C" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. The Court agrees with Magistrate Judge Knowles that there was substantial evidence in Dr. Culver and Dr. MacGregor's reports to support the AlJ's conclusion and, in any event, that conclusion is otherwise supported by substantial evidence in the record. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this _15_ day March, 2013.

_____
UNITED STATES DISTRICT JUDGE